No. 81–6201.   TOWSON v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.